United States District Court
Southern District of Texas
**ENTERED**
March 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRANK MALMSTEAD, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:19-CV-144 |
| COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| Defendant. | § § | |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 18). The M&R recommends that Attorney David Chermol's motion for attorney fees be granted. (D.E. 16).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 18). Accordingly, Chermol's motion for attorney fees is **GRANTED** (D.E. 16) and

the Court finds that he is entitled to a fee award of $16,646.38. Further, Chermol is **ORDERED**, as recommended by the M&R, to refund his client the $5,597 award he previously received under the Equal Access to Justice Act because it is the lesser of the two awards. (D.E. 18, p. 4).

      SO ORDERED.

                                                                                _____
                                                                                 DAVID S. MORALES
                                                                                 UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
         March 19, 2021